IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10074-STA |
| AMBER PERRY, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on November 20, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Amber Perry, appearing in person, and with counsel, Josh Morrow.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, FEBRUARY 22, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is to remain released on present bond.

**ENTERED** this the 20th day of November, 2018.

                                              s/ S. Thomas Anderson
                                           CHIEF JUDGE, U. S. DISTRICT COURT